```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0116--CV (JKS)
                              "RONALD F. WYATT V FRANK LUNA"

                   Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed: 05/20/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General
                    28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1            WYATT, RONALD F.              Mary C. Geddes
                                                 Federal Public Defender
                                                 550 W. 7th Avenue, Suite 1600
                                                 Anchorage, AK 99501
                                                 907-646-3400
                                                 FAX 907-646-3408

DEF 1.1            LUNA, FRANK                   Michael Sean McLaughlin
                                                 OSPA
                                                 310 K Street, Suite 308
                                                 Anchorage, AK 99501
                                                 907-269-6250
                                                 FAX 907-269-6270

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0116--CV (JKS)
                              "RONALD F. WYATT V FRANK LUNA"

                                     For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed: 05/20/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General
                    28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/20/05 | PLF 1 motion (application) to proceed in forma pauperis w/att exhs. |
| 2 - 1 | 05/20/05 | PLF 1 Petition for Writ of H/C per 28:2254. |
| 3 - 1 | 05/20/05 | PLF 1 motion for appointment of counsel. |
| 4 - 1 | 06/03/05 | JKS Order denying motion (application) to proceed in forma pauperis (1-1); petitioner to pay $5.00 flg fee by 7/5/05 or action may be dsmssd w/o further notice; granting motion for appointment of counsel (3-1); FPD to desginate CJA cnsl; re ck to sv cy of #2 & this odr on AAG ste 308; cnsl to meet & confer w/petitioner & file amended 2254 due 7/5/05; respondent's answer due 8/4/05; matter referred to MJ Roberts. cc: cnsl, AAG Ste 308, FPD CJA Clerk, MJ Roberts |
| NOTE - 1 | 06/06/05 | Notation: filing fee paid (receipt # 00125883). |
| 5 - 1 | 06/08/05 | DEF 1 Attorney Appearance of M. S. McLaughlin (AGG-308). |
| 6 - 1 | 06/15/05 | PLF 1 Attorney Appearance of M. Geddes (FPD). |
| 7 - 1 | 07/05/05 | PLF 1 Unopposed motion for ext of time to file amended petition w/att aff. |
| 8 - 1 | 07/07/05 | JDR Order granting motion Unopposed motion for ext of time to file amended petition (7-1); amended petition due 8/19/05; repsonse due 9/19/04. cc: cnsl |
| 9 - 1 | 08/18/05 | PLF 1 Unopposed motion for ext of time to file amended petition w/att aff. |
| 10 - 1 | 08/22/05 | JKS Order granting unopposed motion for ext of time to file amended petition (9-1); amended pet due 10/19/05; answer due 11/21/05. cc: cnsl |
| 11 - 1 | 10/19/05 | PLF 1 motion for ext of time for filing of amended petition w/att aff. |
| 12 - 1 | 10/27/05 | DEF 1 non-opposition to PLF 1 motion for ext of time for filing of amended petition (11-1). |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0116--CV (JKS)
                          "RONALD F. WYATT V FRANK LUNA"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 10/28/05 | JDR Order granting motion for ext of time for filing of amended petition (11-1); amended pet due 11/21/05; answer due 12/21/05. cc: cnsl |
| 14 - 1 | 11/21/05 | PLF 1 Unopposed motion for ext of time to file amended petition w/att aff. |
| 15 - 1 | 11/22/05 | JDR Order granting unopposed motion for ext of time to file amended petition (14-1); amended pet due 12/19/05; govt's response due 1/19/06. cc: cnsl |