FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 4: 18

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,<br><br>    Petitioner,<br><br>vs.<br><br>FRANK LUNA,<br><br>    Respondent. | Case No. A05-0116 CV (JKS)<br><br>**MOTION TO ALLOW WITH-DRAWAL OF FEDERAL DEFENDER AND APPOINTMENT OF LINDA ANNA WEBB AND TO RESET DEADLINE FOR SUBMISSION OF AMENDED PETITION** |

Counsel for petitioner, Ronald F. Wyatt, Mary C. Geddes, Assistant Federal Defender, moves this court to allow the Federal Defender to withdraw from Mr. Wyatt's case and allow for the appointment of CJA Panel member Linda Anna Webb as his counsel. The undersigned has conferred with Mr. Wyatt; counsel has taken this action at his request because the backlog of appeals cases in her office will require an additional continuance for the preparation of his amended petition. Rather than have this matter further delayed, the undersigned consulted Mr. Curtner and the CJA Administrator; they determined that attorney Linda Ann Webb was next "up," and the undersigned has confirmed the willingness of her law firm to take on Mr. Wyatt's

case. For the above stated reasons, then, so that Mr. Wyatt's litigation can move ahead as it should, the undersigned requests that this court approve the substitution of Ms. Webb for Ms Geddes, and accordingly that this court stay the current schedule for the filing of an amended petition.

DATED this 16th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

_____
Mary C. Geddes
Assistant Federal Defender

Certification:

I certify that on December 16, 2005, I
mailed a copy of this document to

Michael Sean McLaughlin, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501

_____
Lenora L. Roehling

2

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,<br><br>    Petitioner,<br><br>vs.<br><br>FRANK LUNA,<br><br>    Respondent. | Case No. A05-0116 CV (JKS)<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA    )
           ) ss.
THIRD JUDICIAL DISTRICT )

  Mary C. Geddes, being first duly sworn upon oath, deposes and states:

  1.  I am the attorney in the above-captioned case.

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Mary C. Geddes

SUBSCRIBED and SWORN to before me this 16th day of December, 2005.



_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2