

**FILED**
DEC 19 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

DEC 16 2005

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,<br><br>               Petitioner,<br><br>vs.<br><br>FRANK LUNA,<br><br>               Respondent. | Case No. A05-0116 CV (JKS)<br><br>**ORDER** |

After due consideration of the Motion to Allow Withdrawal of Federal Defender and Appointment of Linda Anna Webb and to Reset Deadline for Submission of Amended Petition, the motion is hereby GRANTED/~~DENIED~~.

DATED this 19th day of December, 2005, in Anchorage, Alaska.

Petitioner's amended 28:2254 petition shall be filed on or before **January 20, 2006**.
Respondent's response shall be filed on or before **February 21, 2006**.

**IT IS SO ORDERED**

_John D. Roberts_   12-19-05
JOHN D. ROBERTS,       Date
U.S. Magistrate Judge

A05-0116--CV (JKS)   om 12-19-05

M. MCLAUGHLIN (AAC-308)
M. GEDDES (FPD)

17