Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,              )<br>                                              )<br>          Petitioner,          )<br>                                              )<br>     vs.                             )<br>                                              )<br>FRANK LUNA,                    )<br>                                              )<br>          Respondent.        )<br>                                              ) | Case No. 3:05-cv-116 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED § 2254 PETITION**

Counsel for Petitioner, Ronald F. Wyatt, requests this court for an extension of time in which to file an Amended § 2254 Petition.  Because Petitioner's attorney received Petitioner's file in 14 bankers boxes on January 27, 2006, counsel did not file this extension timely on or before January 20, 2006 because she did not have any paperwork for her appointment.  Counsel requests a 60-day extension from January 20, 2006 until March 20, 2006 to file an Amended § 2254 Petition.

Dated at Anchorage, Alaska this ___ day of January, 2006.

        HAGANS, AHEARN & WEBB
        Attorneys for Petitioner

By: /s/
    Linda A. Webb
    Alaska Bar No. 8806148
    HAGANS, AHEARN & WEBB
    310 K Street, Suite 400
    Anchorage, AK  99501
    (907) 276-5294:  Phone
    (907) 276-8732:  Fax
    E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically and by hand delivery this 31st day of January 2006, on::

Michael Sean McLaughlin
Office of Special Prosecutions and Appeals
Alaska Department of Law
310 K Street, Suite 308
Anchorage, AK  99501

/s/
Meredith A. Ahearn