Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

## U. S. DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Respondent. | )  Case No. 3:05-cv-116 |
| | ) |

**PROPOSED ORDER GRANTING EXTENISON TO TIME TO FILE AN AMENDED § 2254 PETITION**

Petitioner's Unopposed Motion for Extension of Time in which to file his Amended § 2254 Petition in this case is hereby GRANTED/DENIED.  It is ordered that the brief is now due on March 20, 2006.

DATED at Anchorage, Alaska, this ____ day of January 2006.

_____
Judge/Magistrate, United States District Court

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically and by hand delivery this 31st day of January 2006, on::

Michael Sean McLaughlin
Office of Special Prosecutions and Appeals
Alaska Department of Law
310 K Street, Suite 308
Anchorage, AK  99501


_____/s/_____
Meredith A. Ahearn