## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RONALD F. WYATT  v. FRANK LUNA

**Case No. 3:05-cv-00116-TMB-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

### MINUTE ORDER FROM CHAMBERS

**RE: Motion for Extension of Time to File Amended Petition, Docket No. 20**

Counsel's request for an extension of time to file an amended petition is granted in part and denied in part. Accordingly, the request for extension of time is granted. The Amended Habeas Petition or Notice that no Amended Petition will be filed, is due on or before February 27, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 31, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00116-TMB-JDR WYATT 2254 @20 MO Re Exten of Time.wpd