Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Petitioner

## U. S. DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Respondent. ) | Case No. 3:05-cv-116 |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED § 2254 PETITION**

Counsel for Petitioner, Ronald F. Wyatt, requests this court for an extension of time in which to file an Amended § 2254 Petition. Because Petitioner's attorney received Petitioner's file in 14 bankers'7boxes of case files for the State case, a sixty day extension is requested. Counsel has begun reviewing the files and has spoken to her client, but does not expect to be able to review and research the many issues presented in less time. Counsel requests a 60-day extension from February 27, 2006 until

April 27, 2006 to file an Amended § 2254 Petition. One previous 30-day extension has been granted.

Dated at Anchorage, Alaska this 24th day of February, 2006.

HAGANS, AHEARN & WEBB
Attorneys for Petitioner


By: _____/s/_____
Linda A. Webb
Alaska Bar No. 8806148
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294: Phone
(907) 276-8732: Fax
E-mail: haw@alaska.net


**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically and by hand delivery this 24th[t] day of February 2006, on::

Michael Sean McLaughlin
Office of Special Prosecutions and Appeals
Alaska Department of Law
310 K Street, Suite 308
Anchorage, AK 99501


_____/s/_____
Meredith A. Ahearn