Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| RONALD LEE PHILLIPS, | ) | Case No. 3:03-CR-0078 CR-JKS |
| Defendant. | ) | |

**PROPOSED ORDER**

Defendant's Motion to Accept Late Filed Brief in this case is hereby GRANTED/DENIED.

DATED at Anchorage, Alaska, this ____ day of January 2006.

_____
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 27th Day of January 2006, on:

Retta Randall
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99501

_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb