Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Petitioner


U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| RONALD F. WYATT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | |
| Respondent. | ) | Case No. **3:05-cv-00116-TMB-JDR** |
| | ) | |

_____

**ORDER GRANTING SECOND EXTENSION TO TIME
TO FILE AN AMENDED § 2254 PETITION, Docket No. 22**

Petitioner's Unopposed Second Motion for Extension of Time in which to file his

Amended § 2254 Petition in this case is hereby GRANTED in part. It is ordered that the brief is

now due on March 27, 2006. Respondent's response shall be due April 27, 2006.

DATED at Anchorage, Alaska, this 24th day of February, 2006.


/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge