Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,<br><br>      Petitioner,<br><br> vs.<br><br>FRANK LUNA,<br><br>      Respondent. | Case No. 3:05-cv-0116-JKS<br><br>**NOTICE OF REMOVAL FROM ELECTRONIC SERVICE** |

   Petitioner, Ronald F. Wyatt, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby requests that the court no longer electronically serve pleadings in the above-captioned case on Mary C. Geddes, Assistant Federal Defender, because alternate CJA counsel, Linda A. Webb, has been appointed to represent petitioner.

///

///

///

///

DATED this 28th day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on February 28, 2006, a copy of the foregoing document was served electronically on:

Linda A. Webb, Esq.

and a copy was mailed to:

Michael Sean McLaughlin, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK  99501

/s/ Mary C. Geddes