Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,                    ) | |
|        ) | |
|    Petitioner,       ) | |
|        ) | |
|  vs.                           ) | |
|        ) | |
| FRANK LUNA,                         ) | |
|        ) | |
|    Respondent.       )   Case No. 3:05-cv-116 | |
|        ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED § 2254 PETITION**

   Counsel for Petitioner, Ronald F. Wyatt, requests this court for an extension of time in which to file an Amended § 2254 Petition. Petitioner's attorney received Petitioner's file in 14 banker boxes of case files for the State case. Counsel requests a sixty day extension to file Mr. Wyatt's Petition. Counsel has been reviewing the files, briefs, motions and trial transcripts and has spoken to her client, but does not expect to be able to review and research the many issues presented in less time due to the extensive issues to be reviewed and also due to other client responsibilities. Counsel

requests a 60-day extension from March 27, 2006 until May 27, 2006 to file an Amended § 2254 Petition. Previous 30-day extensions have been granted.

Dated at Anchorage, Alaska this 24th day of March, 2006.

                                                HAGANS, AHEARN & WEBB
                                                Attorneys for Petitioner

By:     /s/    
    Linda A. Webb
    Alaska Bar No. 8806148
    HAGANS, AHEARN & WEBB
    310 K Street, Suite 400
    Anchorage, AK 99501
    (907) 276-5294: Phone
    (907) 276-8732: Fax
    E-mail: haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically and by hand delivery this 24th day of March 2006, on:

Michael Sean McLaughlin
Office of Special Prosecutions and Appeals
Alaska Department of Law
310 K Street, Suite 308
Anchorage, AK 99501


    /s/    
Linda A. Webb