Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RONALD F. WYATT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | |
| Respondent. | ) | Case No. 3:05-cv-116 |
| | ) | |

**PROPOSED ORDER GRANTING EXTENISON TO TIME TO FILE AN AMENDED § 2254 PETITION**

Petitioner's Unopposed Motion for Extension of Time in which to file his Amended § 2254 Petition in this case is hereby GRANTED/DENIED.  It is ordered that the brief is now due on May 27, 2006.

DATED at Anchorage, Alaska, this ____ day of March, 2006.

_____
Judge/Magistrate, United States District Court

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically and by hand delivery this 24th day of March, 2006 on:
::

Michael Sean McLaughlin
Office of Special Prosecutions and Appeals
Alaska Department of Law
310 K Street, Suite 308
Anchorage, AK  99501


_____/s/_____
Linda A. Webb