Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

## U. S. DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) Case No. 3:05-cv-116 |
| Respondent. | ) |

## AFFIDAVIT OF LINDA ANNA WEBB

STATE OF ALASKA         )
                                    ) ss.
THIRD JUDICIAL DISTRICT   )

LINDA ANNA WEBB, being first duly sworn, deposes and says:

1. I am the appointed CJA counsel for Ronald Wyatt.

2. Mr. Wyatt's state court records in the State of Alaska criminal case against him were extensive and filed over the past 13 years.

3. Review of the trial transcript demonstrates that the trial transcript is in excess of 6000 pages. The trial lasted 5 weeks with an extended trial day of 9:00 am. to 5:00 pm.

4. Direct appeal, post conviction relief petitions and multiple motions concerning evidentiary issues prior to and during trial were filed.

5. Briefings were extensive, often exceeding 35 -50 pages. Over 150 cases, both state and federal, were cited by Mr. Wyatt's prior counsel as well as the State's attorneys. These cases must be read and analyzed in addition to the relevant case law for Mr. Wyatt's § 2254 petition.

6. A conservative amount of time in which to complete Mr. Wyatt's petition is 2 months.

7. There are at least five core constitutional issues with multiple subsections to be briefed.

Further Affiant Sayeth Naught.

DATED at Anchorage, Alaska this ___ day of March, 2006.

\s\
LINDA ANNA WEBB

SUBSCRIBED AND SWORN TO before me this ___ day of March, 2006.

\s\ Allan Bailey

Notary Public in and for Alaska
My Commission Expires: 10-25-09

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically and by mail/hand delivery this ___ day of March 2006, on::

Michael Sean McLaughlin
Office of Special Prosecutions and Appeals
Alaska Department of Law
310 K Street, Suite 308
Anchorage, AK  99501


_____/s/_____
Linda Anna Webb