IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

STATE OF ALASKA,                    )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )
                                    )
RONALD R. WYATT,                    )
                                    )
     Defendant.                     )
_____ )    No. 1JUS93-1416CR

Date of Birth:  9/14/44
Social Security Number 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
ATN No.:
Date of Offense:  10/22/92
Convicted of:  Murder in the First Degree; Tampering with Evidence
(two counts)


JUDGMENT


     On March 4, 1994, a hearing was held in this matter before the Honorable Larry Weeks, Superior Court Judge.  The defendant appeared in person and by his attorney, Phillip Paul Weidner.  The State was represented by Assistant District Attorney Louis Menendez.  Probation Officer David Foster was also present.  A jury of twelve persons having returned a verdict of guilty to the charges of Murder in the First Degree and Tampering with Evidence (two counts), in violation of AS.11.41.100(a) and AS.11.56.610(a)(1) and the court having determined that the verdict was in accordance with law, and

     The defendant having been given opportunities to speak on his own behalf and no sufficient cause being shown or otherwise appearing to the court why judgment should not be pronounced;

     IT IS ADJUDGED that the defendant is guilty of Murder in the

1

I¼4

**EXHIBIT A**

*Alaska Court System*

First Degree and Tampering with Evidence (two counts) as charged in the indictment and convicted.

IT IS ORDERED that the defendant is committed to the care and custody of the Commissioner of the Department of Corrections, or the Commissioner's authorized representative, for a period of 99 years on the Murder in the First Degree.  The defendant is sentenced to serve five years on each of the two counts of Tampering with Evidence and those five years sentences are to run concurrent with each other and consecutive to the 99 years sentence.  A total of 104 years of time to serve is imposed

This sentence is not a presumptive sentence.

Any defendant who has received a sentence of more than forty-five (45) days may appeal the sentence on the ground that it is excessive.  Upon such appeal made by a defendant, the Alaska Court of Appeals may increase or decrease the sentence.  By appealing the sentence, the defendant waives the right to plead that by a revision of the sentence resulting from the appeal the defendant has been placed twice in jeopardy for the same offense.

In the event that an appeal is taken of the conviction or sentence in this case, no stay pursuant to Appellate Rule 206(a) is effective unless prior application for the stay has been made to the trial or appellate court and approved.

DONE on  March 5, 1994.


Larry  Weeks
Superior Court Judge


2

A 2 y4

*Alaska Court System*

## CERTIFICATION

The undersigned certifies that on the 1th day of March, 1994, a true copy of this judgment was provided to Assistant District Attorney Louis Menendez; Phillip Paul Weidner, Defense Attorney; Ronlad F. Wyatt, Defendant; David Foster, Probation Officer; State Jail; Public Safety, Fingerprint Section.

_Shelly Andrus_
Deputy Clerk
Superior Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3

A 3.f 4

No VRA Screening Necessary

# FINGERPRINT VERIFICATION ATTACHMENT TO JUDGMENT

CASE NO. __1JU-S93-1416__ CR

[ ] District Court    [X] Superior Court    at ____Juneau____, Alaska

Plaintiff:  STATE OF ALASKA

Defendant: __Ronald R. Wyatt__

Send original along with a copy of the judgment to:

> Department of Public Safety
> Alaska Automated Fingerprint Identification Section
> 5700 E. Tudor Road
> Anchorage, AK  99507

Keep copy in court file.

LEFT THUMB    RIGHT THUMB

_____
Defendant's Signature

3/4/94
_____
Date

_____
Witness
(Signature and Title)

A 4 of 4

CR-490 (3/92)(cs)

AS 12.55.147