# In the Court of Appeals of the State of Alaska

**RECEIVED**
DEPARTMENT OF LAW
JAN 1 4 2005
OFFICE OF SPECIAL PROSECUTIONS
AND APPEALS

| | |
|---|---|
| Ronald F. Wyatt, | Court of Appeals No. A-08571 |
| Appellant(s), | |
| v. | **Order** |
| | Petition for Rehearing |
| State of Alaska, | |
| Appellee(s). | Date of Order: 1/14/05 |

Trial Court Case # 1JU-00-00914CI

Before: Coats, Chief Judge, Mannheimer, and Stewart, Judges.

On consideration of the Petition for Rehearing filed on 1/4/05,

**IT IS ORDERED:**

The Petition for Rehearing is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

_[signature]_
Deputy Clerk

cc: Court of Appeals Judges
Trial Court Judge Weeks
Trial Court Appeals Clerk
Central Staff

Distribution:
James Oswald
Law Office of James Oswald
1218 3rd Ave Ste 1500
Seattle WA 98101

rcd by: Michael S McLaughlin
OSPA
310 K Street #308
Anchorage AK 99501

Order10.wpt
Rev 05/19/2004 - WP11

1 of 1

**EXHIBIT F**