# In the Supreme Court of the State of Alaska

RECEIVED
MAY 10 2005
LAW OFFICES OF
JAMES D. OSWALD

| | |
|---|---|
| Ronald F. Wyatt, ) | Supreme Court No. S-11821 |
| Petitioner, ) | |
| v. ) | **Order** |
| ) | Petition for Hearing |
| State of Alaska, ) | |
| Respondent. ) | Date of Order: **5/5/05** |

Trial Court Case # **1JU-00-00914CI**
Court of Appeals # **A-8571**

Before: Bryner, Chief Justice, Matthews, Eastaugh, Fabe, and Carpeneti, Justices

On consideration of the Petition for Hearing lodged on **1/28/05**, and accepted for filing **2/11/05**, and the response lodged on **4/4/05**, and accepted for filing **4/19/05**,

**IT IS ORDERED:**

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

Marilyn May

cc:  Supreme Court Justices
     COA Judges
     Judge Weeks
     Central Staff
     Trial Court Appeals Clerk

Distribution:
James Oswald
Law Office of James Oswald
1218 3rd Ave Ste 1500
Seattle WA 98101

Michael S McLaughlin
OSPA
310 K Street #308
Anchorage AK 99501

Order8s.wpt
Rev 05/19/2004 -- WP11

**EXHIBIT G**