Filed in the Trial Courts
STATE OF ALASKA, FIRST DISTRICT
AT JUNEAU

SEP 2 4 2001

By _____ Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

| | |
|---|---|
| In the Matter of the Application for Post-Conviction Relief of:<br><br>RONALD F. WYATT, | Case No. 1JU-00-914 CI<br><br>AFFIDAVIT OF PHILLIP P. WEIDNER |

Certification: I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140, or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of a crime or in a transcript of a court proceeding and disclosure of the information was ordered by the court.

Phillip P. Weidner, being first duly sworn, deposes and says:

1. I served as counsel for Ronald F. Wyatt in the underlying criminal charges of the above-captioned matter through pre-trial motions, trial, verdict, post-trial motions, and sentencing.

2. At no point prior to the jury verdict in this matter did I discuss with Mr. Wyatt his right to have me request that the judge instruct the jury with respect to potential lesser included offenses of first degree murder.

3. In proposing instructions for the trial judge to give the jury before argument, and discussing such instructions on the record, I did not make a conscious, tactical decision to forego lesser included offenses. From my knowledge of Alaska law, and the evidence presented at trial, I believe that the trial court

AFFIDAVIT OF PHILIP P. WEIDNER - 1

Law Offices of James D. Oswald
1218 Third Avenue, Suite 1500
Seattle, WA 98101
(206) 264-8558

1 of 2

EXHIBIT I

should have instructed on second degree murder and manslaughter if I had requested such instructions.

4. During the trial, Mr. Wyatt wished to testify in his own defense, and believed that he could address many of the misimpressions that were created by prosecution witnesses.

5. I was opposed to having Mr. Wyatt testify.

6. At the present time I have no recollection of being aware that "extracts from items #35 and #43 [had] been retained in the laboratory low temperature freezer" as is stated in the August 16, 1993 report from Hayne Hamilton. It is my belief that if I had been aware that such extracts were available for defense testing, I would have made all appropriate efforts to have the extracts tested.

7. I am signing the original of this affidavit, faxing it to the Offices of James D. Oswald, and mailing the original to Mr. Oswald.

8. By submitting this affidavit it is not my intention to make any limited or general waiver of Mr. Wyatt's rights to remain silent or to confidentiality of attorney/client communications.

Further affiant sayeth naught.

_____
Phillip P. Weidner

Subscribed and sworn before me this 30 day of August, 2001, in Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 6/7/04



AFFIDAVIT OF PHILIP P. WEIDNER - 2

Law Offices of James D. Oswald
1218 Third Avenue, Suite 1500
Seattle, WA 98101
(206) 264-8558

2 of 2