Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RONALD F. WYATT, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-00116-JKS |
| | ) | |
| vs. | ) | MOTION FOR 31-DAY |
| | ) | EXTENSION OF TIME FOR |
| FRANK LUNA, | ) | FILING RESPONSE TO |
| | ) | AMENDED PETITION |
| Respondent. | ) | |
| | ) | |

The Respondent, Frank Luna, by and through Assistant Attorney General Michael Sean McLaughlin, requests that the court grant a 31-day extension of time – to July 31, 2006 – for the respondent to reply to Wyatt's amended petition.

The motion is supported by an accompanying affidavit from state's counsel and is unopposed by the petitioner.

DATED this 30th day of June, 2006.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>s/ Michael Sean McLaughlin
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K Street, Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   Email: mike_mclaughlin@law.state.ak.us
>   Alaska Bar No. 8106036

**Certificate of Service**

I certify that on June 30, 2006, a copy of the foregoing Motion for 31-Day Extension of Time for Filing Response to Amended Petition was served electronically on **Meredith Appel Ahearn, Michael Sean McLaughlin, Linda A. Webb** and on **None** by regular U.S. mail.