Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RONALD F. WYATT, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-00116-JKS |
| | ) | |
| vs. | ) | PROPOSED ORDER GRANTING |
| | ) | RESPONDENT'S MOTION FOR |
| FRANK LUNA, | ) | 31-DAY EXTENSION OF TIME |
| | ) | |
| Respondent. | ) | |
| | ) | |

Upon motion of the Respondent, and the court being duly advised, it is hereby ORDERED:

The respondent's motion for a 31-day extension of time to respond to the petitioner's application is GRANTED. The response is due on or before July 30, 2006.

DATED this ___ day of _____, 2006, at Anchorage, Alaska.

_____
United States District Judge