Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike_mclaughlin@law.state.ak.us

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RONALD F. WYATT, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-00116-JKS |
| | ) | |
| vs. | ) | <u>AFFIDAVIT OF COUNSEL</u> |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | |
| Respondent. | ) | |

The undersigned, first being duly sworn, deposes and says:

1. I am the assistant attorney general assigned to the above-titled matter. My response in this matter is due today.

2. Over the last month I have been working on two major appellate briefs, *Mute v. State*, File No. A-8894, and *Bright v. State*, File No. A-9323. They are due today and July 12, respectively. I have an additional appellate brief due on July 6 in *State v. Akelkok*, File No. A-9578, and a fourth due in *Hastings v. State*,

File No. A-8783, also due July 12.  As a result of these matters, I have been unable to complete any work on the present matter.

3.  I therefore request 31 additional days to respond to the petitioner's amended petition.  I have telephoned Anna Webb, counsel for the petitioner, and she has advised that she does not oppose this motion.

DATED this 30th day of June, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Michael Sean McLaughlin
  Assistant Attorney General
  State of Alaska, Dept. of Law
  Office of Special Prosecutions
    and Appeals
  310 K Street, Suite 308
  Anchorage, Alaska 99501
  Telephone: (907) 269-6250
  Facsimile: (907) 269-6270
  Email: mike_mclaughlin@law.state.ak.us
  Alaska Bar No. 8106036

**Certificate of Service**

I certify that on June 30, 2006, a copy of the foregoing Affidavit of Counsel was served electronically on **Meredith Appel Ahearn, Michael Sean McLaughlin, Linda A. Webb** and on **None** by regular U.S. mail.