Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

# U. S. DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RONALD F. WYATT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | |
| Respondent. | ) | Case No. 3:05-cv-116 |
| | ) | |

## Motion for Stay and Abeyance of 28 U S C § 2254 PETITION

Petitioner Ronald Wyatt moves this court for an order granting a stay and abeyance of his Amended 28 U S C § 2254 habeas petition on the basis that he has filed a Rule 35 post conviction relief motion with the State of Alaska court, in Juneau, on a number of issues that were raised in his original state appeal and post conviction relief petitions but were not exhausted in the state courts.  Petitioner's Rule 35 motions have been delayed due to appointment of counsel to which the state's attorney has only recently agreed.

This court has the authority and discretion to stay a mixed § 2254 petition to allow a petitioner to present unexhausted claims to the state court in the first instance and to then return to federal court for review of constitutional issues. *Rhines v. Weber,* 544 U. S.

269, 273-279 (2005).Although, Petitioner's amended petition did not included mixed exhausted and unexhausted issues, petitioner's original §2254 petition included several unexhausted issues which he is presently appealing and seeking post conviction relief for in the state courts.

Granting petitioner a stay until the remaining issues have been resolved in the state courts supports judicial economy. The state attorney has requested one month additional time to respond to petitioner's § 2254 Amended Petition and does not oppose petitioner's Motion for Stay.

Dated at Anchorage, Alaska this 12th day of July, 2006.

HAGANS, AHEARN & WEBB
Attorneys for Petitioner

By:_____/s/_____
        Linda A. Webb
        Alaska Bar No. 8806148
        HAGANS, AHEARN & WEBB
        310 K Street, Suite 400
        Anchorage, AK  99501
        (907) 276-5294:  Phone
        (907) 276-8732:  Fax
        E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
 by hand on this 12 day of July, 2006, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501

_____/s/_____
Linda A. Webb