Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>FRANK LUNA, )<br>)<br>Respondent. )<br>) | Case No. 3:05-cv-116 |

**NOTICE TO COURT REARDING STATUS**

  Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of his state petitions. Counsel has conferred with the State's attorney, Michael McLaughlin, who joins this notice. Mr. Wyatt has post conviction motions pending in the State Superior Court in Juneau on issues that were raised in his original state appeal and post conviction relief petitions but were not exhausted. Petitioner has requested a Stay in this Court until his remaining issues can be exhausted in State Court. This motion is pending. Respondent's has not filed its opposition to the Amended Petition and the parties request that Respondent be allowed to file its answer when all of the issues are before this Court.

Dated at Anchorage, Alaska this 20th day of September, 2006.

                                          HAGANS, AHEARN & WEBB
                                          Attorneys for Petitioner

By: _____/s/_____
      Linda A. Webb
      Alaska Bar No. 8806148
      HAGANS, AHEARN & WEBB
      310 K Street, Suite 400
      Anchorage, AK  99501
      (907) 276-5294:  Phone
      (907) 276-8732:  Fax
      E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
 by hand on this 12 day of July, 2006, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


_____/s/_____
Linda A. Webb