Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,           )<br>                                           )<br>           Petitioner,          )<br>                                           )<br>     vs.                               )<br>                                           )<br>FRANK LUNA,                 )<br>                                           )<br>           Respondent.       )<br>                                           ) | Case No. 3:05-cv-116 |

**NOTICE TO COURT REARDING STATUS**

   Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of his state petitions.  Counsel has conferred with the State's attorney, Michael McLaughlin on November 29, 2006.  Mr. Wyatt has post conviction motions pending in the State Superior Court in Juneau on issues that were raised in his original state appeal and post conviction relief petitions that were not exhausted.  Petitioner has requested a Stay in this Court until his remaining issues can be exhausted

in State Court. This motion is pending. Respondent's has not filed its opposition to the Amended Petition and the parties request that Respondent be allowed to file its answer when all of the issues are before this Court.

Dated at Anchorage, Alaska this 30th day of November, 2006.

                                        HAGANS, AHEARN & WEBB
                                      Attorneys for Petitioner

By: _____/s/_____
      Linda A. Webb
      Alaska Bar No. 8806148
      HAGANS, AHEARN & WEBB
      310 K Street, Suite 400
      Anchorage, AK 99501
      (907) 276-5294: Phone
      (907) 276-8732: Fax
      E-mail: haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
by hand on this 30 day of November 2006, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501

_____/s/_____
Linda A. Webb