Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>FRANK LUNA, )<br>)<br>Respondent. )<br>) | Case No. 3:05-cv-116 |

**NOTICE TO COURT REARDING STATUS**

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of his state petitions.  Counsel has conferred with the State's attorney, Michael McLaughlin on January 3, 2007.  Mr. Wyatt's post conviction motions, on issues raised in his original state appeal and post conviction relief petitions which were not exhausted in the state court, are still pending in the State Superior Court in Juneau.  Petitioner has requested a Stay in this Court until his remaining issues can be

exhausted in state court. Petitioner's motions are still pending. Respondent's has not filed an opposition to the Amended Petition and the parties request that Respondent be allowed to file its answer when all of the issues are before this Court.

Dated at Anchorage, Alaska this 3rd day of January, 2007.

                          HAGANS, AHEARN & WEBB
                          Attorneys for Petitioner

By:_____/s/_____
       Linda A. Webb
       Alaska Bar No. 8806148
       HAGANS, AHEARN & WEBB
       310 K Street, Suite 400
       Anchorage, AK  99501
       (907) 276-5294:  Phone
       (907) 276-8732:  Fax
       E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
 by hand on this 3rd day of January, 2007, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


_____/s/_____
Linda A. Webb