Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RONALD F. WYATT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | |
| Respondent. | ) | Case No. 3:05-cv-116 |
| | ) | |

**NOTICE TO COURT REARDING STATUS**

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to

the Court of the status of his state petitions.  Counsel has conferred with the State's

attorney, Michael McLaughlin on February 28, 2007.  Mr. Wyatt's post conviction

motions, on issues raised in his original state appeal and post conviction relief petitions

which were not exhausted in the state court, are pending in the State Superior Court in

Juneau.  Petitioner has requested a Stay in this Court until his remaining issues can be

exhausted in state court.  Respondent's has not filed an opposition to the Amended

Petition and the parties request that Respondent be allowed to file its answer when all of

the issues are before this Court.  Petitioner filed a  Cr. Proc. Rule 35 motion which was

granted on January 4, 2007 with 60 days for the State's response which is due on March

3, 2007.


        Dated at Anchorage, Alaska this 28th day of February, 2007.

                                        HAGANS, AHEARN & WEBB
                                        Attorneys for Petitioner



                                        By:_____/s/_____
                                        Linda A. Webb
                                        Alaska Bar No. 8806148
                                        HAGANS, AHEARN & WEBB
                                        310 K Street, Suite 400
                                        Anchorage, AK  99501
                                        (907) 276-5294:  Phone
                                        (907) 276-8732:  Fax
                                        E-mail:  haw@alaska.net


CERTIFICATE of SERVICE:
I certify that a copy hereof was served
by hand on this 28th day of February, 2007, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


_____/s/_____
Linda A. Webb