Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,         )  <br>                                          )  <br>            Petitioner,       )  <br>                                          )  <br>     vs.                             )  <br>                                          )  <br> FRANK LUNA,                )  <br>                                          )  <br>            Respondent.    )  <br>                                          ) | Case No. 3:05-cv-116 |

**NOTICE TO COURT REARDING STATUS**

　　　Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court that the status of Mr. Wyatt's state petitions has not changed since counsel filed the last notice to the court concerning Wyatt's post conviction motions on issues which were not exhausted in the State Superior Court in Juneau.  Petitioner requests a continuing stay in this Court until his remaining issues are exhausted.  Counsel contacted

the State's attorney concerning the status and he is not available until June 6, 2007 and his immediate supervisor had no knowledge of the status of Mr. Wyatt's state petitions.

Dated at Anchorage, Alaska this 4th day of June, 2007.

HAGANS, AHEARN & WEBB
Attorneys for Petitioner


By:_____/s/_____
Linda A. Webb
Alaska Bar No. 8806148
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294:  Phone
(907) 276-8732:  Fax
E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
by hand on this 4th day of June, 2007, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


_____/s/_____
Linda A. Webb