Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

## U. S. DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RONALD F. WYATT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK LUNA, | ) | |
| | ) | |
| Respondent. | ) | Case No. 3:05-cv-116 |
| | ) | |

## NOTICE TO COURT REARDING STATUS

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to

the Court of the status of his state petitions.  Counsel has received correspondence from

Mr. Wyatt as to the status of his Ak. R. Cr. 35 petition with the State.  Mr. Wyatt's post

conviction motions, on issues raised in his original state appeal and post conviction relief

petitions which were not exhausted in the state court, continue to be pending in the State

Superior Court in Juneau.  There has been some problem with court appointed counsel

representing Mr. Wyatt in his State petitions.  He continues to seek resolution of those

issues.


      Dated at Anchorage, Alaska this 9th day of July, 2007.

                                        HAGANS, AHEARN & WEBB
                                        Attorneys for Petitioner


                                        By:_____/s/ Linda A. Webb_____
                                        Linda A. Webb
                                        Alaska Bar No. 8806148
                                        HAGANS, AHEARN & WEBB
                                        310 K Street, Suite 400
                                        Anchorage, AK  99501
                                        (907) 276-5294:  Phone
                                        (907) 276-8732:  Fax
                                        E-mail:  haw@alaska.net


CERTIFICATE of SERVICE:
I certify that a copy hereof was served
by hand on this 9th day of July, 2007, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


_____/s/Linda A. Webb
Linda A. Webb