Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Respondent. ) | Case No. 3:05-cv-116 |
| ) | |

**NOTICE TO COURT REARDING STATUS**

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of his state petitions.  Counsel conferred with the State's attorney, Michael McLaughlin, on December 31, 2007.  Mr. Wyatt's post conviction motions, on issues raised in his original state appeal and post conviction relief petitions which were not exhausted in the state court, are pending in the State Superior Court in Juneau. State's counsel spoke to the Juneau prosecutor, in mid December, who indicated that the

State would respond to the Petitioner's Rule 35 petition.  To date, Mr. McLaughlin has not received a copy of a response to the Rule 35 petition.

Dated at Anchorage, Alaska this 31st day of December, 2007.

                                      HAGANS, AHEARN & WEBB
                                      Attorneys for Petitioner

By:	/s/Linda A. Webb
Linda A. Webb
Alaska Bar No. 8806148
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294:  Phone
(907) 276-8732:  Fax
E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
by hand on this 31st day of December, 2007, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


	/s/Linda A. Webb
Linda A. Webb