Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Respondent. ) | Case No. 3:05-cv-116 |
| ) | |

**NOTICE TO COURT REARDING STATUS**

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of his state petitions. Counsel left a telephone message with the State's attorney, Michael McLaughlin, on January 31, 2008. Mr. Wyatt's post conviction motions, on issues raised in his original state appeal and post conviction relief petitions which were not exhausted in the state court, are pending in the State Superior Court in

Juneau. Ms. Webb is currently hospitalized. The undersigned on her behalf will notify the court if there is any change in status from last month as soon as possible

Dated at Anchorage, Alaska this 31st day of January, 2008.

HAGANS, AHEARN & WEBB
Attorneys for Petitioner

By:/s/Meredith A. Ahearn for
Linda A. Webb
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294:  Phone
(907) 276-8732:  Fax
E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served electronically on this 31st day of January, 2008, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


/s/Meredith A. Ahearn
Linda A. Webb