Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT,           )<br>                            )<br>         Petitioner,        )<br>                            )<br>    vs.                     )<br>                            )<br>FRANK LUNA,                 )<br>                            )<br>         Respondent.        )<br>                            ) | Case No. 3:05-cv-116 |

### REPORT TO COURT REGARDING STATUS

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of his state petitions. Counsel has conferred with the State's attorney, Michael McLaughlin on March 18, 2008. Mr. Wyatt's post conviction motions, on issues raised in his original state appeal and post conviction relief petitions which were not exhausted in the state court, continue to be pending in the State Superior Court in Juneau.

Dated at Anchorage, Alaska this 20th day of March, 2008.

        HAGANS, AHEARN & WEBB
        Attorneys for Petitioner


By:     /s/LINDA A. WEBB
Linda A. Webb
Alaska Bar No. 8806148
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294:  Phone
(907) 276-8732:  Fax
E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
electronically on this 20th day of March, 2008, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


/s/Linda A. Webb
Linda A. Webb