Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Respondent. ) | Case No. 3:05-cv-116 |
| ) | |

**NOTICE TO COURT REARDING STATUS**

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of his state petitions.  Counsel conferred with the State's attorney, Michael McLaughlin, on May 20, 2008.  Mr. Wyatt's counsel, for his post conviction motions, on issues raised in his original state appeal and post conviction relief petitions which were not exhausted in the state court, has requested a status hearing in the state

court on the Defendant's petitions.  A date for the hearing in the state court has not been set.

        Dated at Anchorage, Alaska this 20th day of May, 2008.

        HAGANS, AHEARN & WEBB
        Attorneys for Petitioner


        By:      /s/Linda A. Webb
        Linda A. Webb
        Alaska Bar No. 8806148
        HAGANS, AHEARN & WEBB
        310 K Street, Suite 400
        Anchorage, AK  99501
        (907) 276-5294:  Phone
        (907) 276-8732:  Fax
        E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
by hand on this 20th day of May, 2008, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


      /s/Linda A. Webb
Linda A. Webb