Linda A. Webb
HAGANS, AHEARN & WEBB
745 West 4th Avenue, Suite 304
Anchorage, AK 99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, ) <br> ) <br>        Petitioner, ) <br> ) <br>   vs. ) <br> ) <br> FRANK LUNA, ) <br> ) <br>        Respondent. ) <br> ) | Case No. 3:05-cv-116 |

**NOTICE TO COURT REARDING STATUS**

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of his state petitions. Counsel called the State's attorney, Michael McLaughlin, on August 20, 2008. Mr. McLaughlin has not returned counsel's telephone call. Counsel has not been advised, since the filing of the last status report, of any change to the status of Mr. Wyatt's post conviction motions, on issues raised in his original state

appeal and post conviction relief petitions which were not exhausted in the state court.

Mr. Wyatt's motions continue to be pending in the State Superior Court in Juneau.

    Dated at Anchorage, Alaska this 21st day of August, 2008.

                                HAGANS, AHEARN & WEBB
                                Attorneys for Petitioner


                                By:     /s/Linda A. Webb
               Linda A. Webb
                                Alaska Bar No. 8806148
                                HAGANS, AHEARN & WEBB
                                745 West 4th Avenue, Suite 304
                                Anchorage, AK  99501
                                (907) 276-5294:  Phone
                                (907) 276-8732:  Fax
                                E-mail:  haw@alaska.net


CERTIFICATE of SERVICE:
I certify that a copy hereof was served
electronically on this 21st day of August, 2008 on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


      /s/Linda A. Webb
Linda A. Webb