Linda A. Webb
HAGANS WEBB, PC
7613 Highlander Drive
Anchorage, AK  99518
Tele: (907) 276-5294
Fax: (907) 276-8732
e-mail: haw@alaska.net
Attorney for Petitioner

# U. S. DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Respondent. | ) Case No. 3:05-cv-116 |
| | ) |

**NOTICE TO COURT REGARDING STATUS**

Petitioner, Ronald Wyatt, by and through counsel, Linda A. Webb, gives notice to the Court of the status of Mr. Wyatt's state petitions. Counsel conferred with the State's attorney, Michael McLaughlin, on June 3rd, 2014. The State's response to Mr. Wyatt's brief is due on July 1, 1014. The State's attorney stated that Mr. Wyatt generally requests additional extensions and files a reply to the State's responses. In the event that the State

*Wyatt v. Luna*, Case No. 3:05-cv-116
Notice of Status, June 3, 2014                                                                Page 1 of 2
Case 3:05-cv-00116-SLG-KFM   Document 114   Filed 06/03/14   Page 1 of 2

files it's response on July 1, 2014, and Mr. Wyatt does not reply or request an extension, the State's attorney believes that the Court will not make a decision for at least six(6) to nine ( 9) months.

The undersigned will notify the Court as soon as it is aware of any resolution of the issues presented.

Dated at Anchorage, Alaska this 3rd day of June, 2014.

HAGANS WEBB, PC
Attorney for Petitioner

By:    /s/ Linda A. Webb
Linda A. Webb
Alaska Bar No. 8806148
HAGANS WEBB, PC
7613 Highlander Drive
Anchorage, AK  99518
(907) 276-5294:  Phone
(907) 276-8732:  Fax
E-mail:  haw@alaska.net

CERTIFICATE of SERVICE:
I certify that a copy hereof was served
electronically
on this 3rd day of June, 2014, on:

Michael McLaughlin
Office of Special Prosecutions and Appeals
Alaska Dept. of Law
310 K Street, Suite 308
Anchorage, Alaska 99501


_____/s/Linda A. Webb
Linda A. Webb

*Wyatt v. Luna*, Case No. 3:05-cv-116
Notice of Status, June 3, 2014                                                                Page 2 of 2
Case 3:05-cv-00116-SLG-KFM   Document 114   Filed 06/03/14   Page 2 of 2